No. 6270.   SANDERS *v.* UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 6283.   GLASSHOFER *v.* RUNDLE, CORRECTIONAL
SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 6284.   DONOVAN *v.* UNITED STATES ET AL.   C. A.
D. C. Cir.   Certiorari denied.

No. 6285.   FOGGY *v.* ARIZONA ET AL.   C. A. 9th Cir.
Certiorari denied.

No. 6286.   THOMPSON *v.* UNITED STATES; and
No. 6287.   RICHARDSON *v.* UNITED STATES.   C. A. 4th
Cir.   Certiorari denied.   Reported below: 432 F. 2d 997.

No. 6292.   PERKINS *v.* BROWN ET AL.   Sup. Ct. La.
Certiorari denied.

No. 6296.   NEWTON *v.* UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 6298.   BIVENS *v.* UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 6301.   OLIVER *v.* ELLENBOGEN, JUDGE, ET AL.
C. A. 3d Cir.   Certiorari denied.

No. 6309.   SAILER *v.* CRAVEN, WARDEN.   C. A. 9th
Cir.   Certiorari denied.

No. 6312.   BUCHANAN *v.* MICHIGAN.   C. A. 6th Cir.
Certiorari denied.

No. 6313.   TADDEO *v.* UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 6315.   MEEKS *v.* CALIFORNIA.   Ct. App. Cal., 1st
App. Dist.   Certiorari denied.